[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
Trial Court Nos. 87-CR-358, 86-CR-313, 89-CR-072, 91-CR-097, 92-CR-059, 95-CR-245, 90-CR-226, 94-CR-030, 94-CR-255, 87-CR-343, 88-CR-044, 84-CR-125, 87-CR-098, 82-CR-104, 84-CR-091, 77-CR-070, 88-CR-023, 92-CR-357, 79-CR-052, 79-CR-025, 90-CR-188, 90-CR-125, 93-CR-160, 93-CR-124, 93-CR-313, 76-CR-057, 87-CR-380, 87-CR-045.
This matter is before the court sua sponte. Through clerical error, one trial court number was omitted from the caption of the above-referenced case in this court's opinion and judgment entry dated June 26, 1998. We hereby issue an errata as to that error. The caption of this case shall include trial court No. 87-CR-045.
It is so ordered.
Peter M. Handwork, P.J.